UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12590-RWZ

ABDUR NADHEERU-ISLAM

v.

KENNETH NELSON

ORDER

January 5, 2004

ZOBEL, D.J.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Kenneth Nelson, Superintendent, Bridgewater State Hospital, 20 Administration Road, Bridgewater, MA  02324; AND (2) William J. Meade, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA  02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent to file such portions of the state court record as are relevant to a determination of this case.

                                                   s/ Rya W. Zobel
                                                   UNITED STATES DISTRICT JUDGE