UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12590-RWZ

ABDUR NADHEERU-ISLAM

v.

KENNETH NELSON

PROCEDURAL ORDER

January 5, 2004

ZOBEL, D.J.

On November 11, 2003, petitioner Abdur Nadheeru-Islam, an inmate at Bridgewater State Hospital, filed a petition for a writ of habeas corpus under Section 2254 challenging his 1989 murder conviction. He did not submit the $5 filing fee nor did he submit an application for waiver of the filing fee.

A party filing a Section 2254 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis). An application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration. Rule 3(a) of the Rules Governing Section 2254 Cases (if petitioner desires to prosecute petition in forma pauperis, he shall file the affidavit required by § 1915 and a certified statement of the amount of funds in prisoner's institutional account); see 28 U.S.C. § 1915(a)(2). For the convenience of litigants, this Court provides a standardized form for fee waiver applications. Because petitioner has not submitted a filing fee or an application to waive the filing fee, he shall be granted additional time to do so.

Petitioner also has named Michael Maloney, the former commissioner of the Department of Correction, as the respondent to this action. The Clerk shall correct the

case caption to reflect that the only respondent to this action is Kenneth Nelson, the Superintendent of Bridgewater State Hospital.  A writ of habeas corpus must be "directed to the person having custody of the person detained."  28 U.S.C. § 2243.  Petitioner's legal custodian is the superintendent of Bridgewater State Hospital, the individual having day-to-day control over the facility in which he is being detained.  <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 122 S. Ct. 43 (2001).

<div style="text-align:center"><u>CONCLUSION</u></div>

ACCORDINGLY, If petitioner wishes to proceed with this action, he shall, within 42 days of the date of this order, submit the $5 filing fee or an application to waive prepayment of the filing fee with a certified account statement for the 6-month period immediately preceding the filing of this petition or this action will be dismissed without prejudice for failure to pay the filing fee.

The Clerk shall correct the case caption of this action to reflect that Kenneth Nelson is the sole respondent and shall mail petitioner an application to waive prepayment of the filing fee with a copy of this Order.

SO ORDERED.

<div style="margin-left:50%"><u>s/ Rya W. Zobel</u><br>UNITED STATES DISTRICT JUDGE</div>