AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District MASSACHUSETTS | |
|---|---|---|
| Name ABDUR NADHEERU-ISLAM | Prisoner No. W-46510 | Case No. |

Place of Confinement
MASSACHUSETTS DEPT. OF CORRECTIONS/BRIDGEWATER STATE HOSPITAL
20 ADMINISTRATION RD.
BRIDGEWATER, MA. 02324

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| PAUL L. GUILD | MR. Michael MAHONEY V. COMMISSIONER OF DOC |

The Attorney General of the State of:
MR. TOM RIELLY

03-12590

PETITION

Refund to mT JGDein

1. Name and location of court which entered the judgment of conviction under attack ~~SUFFOLK COUNTY~~ SUPERIOR COURT, CRIM. DIV. COURTHOUSE, BOSTON, MA. 02108

2. Date of judgment of conviction  MAY 19, 1989 (GUILTY PLEA HEARING)

3. Length of sentence  SECOND DEGREE LIFE SENTNCE.

4. Nature of offense involved (all counts)  ATTACHED HERETO IN BACK OF PETITION, HOWEVER MURDER 1 is the main charge.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☐    ☐ guilty
   · If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐    YES

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  APPEAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS

   (b) Result  DENIAL AFFIRMATION OF THE LOWER COURT DECISION

   (c) Date of result and citation, if known  MAY 19, 2003

   (d) Grounds raised  BREACH OF CONTRACT LAW; UNVOLUNTARY AND UNINTELLGENT GUILTY PLEA; DURESS AND COERCION; INEFFECTIVE ASSISTANCE OF COUNSEL MISREPRESENTATION--UNFULFILLED PROMISE.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  SUPREME JUDICIAL COURT OF THE COMMONWEALTH OF MASSACHUSETT

   (2) Result  DENIED

   (3) Date of result and citation, if known  10-03-03

   (4) Grounds raised  BREACH OF CONTRACT LAW; UNVOLUTARY AND UNINTELLIGENT GUILTY PLEA; DURESS AND COERCIION; INEFFECTIVE ASSISTANCE OF COUNSEL; MISREPRESENTATION--UNFULFILLED PROMISE.

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  _____

   (2) Result  _____

   (3) Date of result and citation, if known  _____

   (4) Grounds raised  _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐  No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  _____

    (2) Nature of proceeding  _____

    (3) Grounds raised  _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐  No ☐
(2) Second petition, etc.  Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: ▮ ATTACHED HERETO IN BACK OF PETITION.

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

B. Ground two: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

AO 241 (Rev. 5/85)

   C.  Ground three: _____

_____

   Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

   D.  Ground four _____

_____

   Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☐    NO

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____

    (b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☐      YES

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☐      NO
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__11-7-03__
(date)

ABDUR NADHEERU Islam W-46510
20 Administration Rd.
Bridgewater, MA. 02324

_____
Signature of Petitioner

4 NATURE OF OFFENSE INVOLVED (ALL COUNTS)

MURDER ONE, 072366; UNLAWFULLY CARRYING A SHOT GUN, 072368; BREAKING AND ENTERING A DWELLING HOUSE WITH INTENT TO COMMIT A FELONY AT KNIGHT TIME, 072948; assault and battery by means of dangerous weapon, 072949; UNLAWFULLY CARRYING FIREARMS, 072950 and 072617; receiving stolen property, 072618; POSSESSION OF HEROIN, 072619.

GROUND ONE

BREACH OF CONTRACT LAW: THE PETITIONER HAD PLEA AGREEMNT WITH THE PUBLIC DEFENDER JOHN CONWELL AND THE ASSISTANT DISTRICT ATTORNEY FOR A 15 TO 20 CONCURRENT SENTNCE. IT WAS NOT HAD. INSTEAD THE PETIONER PLEAD OUT TO A SECOND DEGREE LIFE SENTENCE VIOLATING THE LAWS OF CONTRACTS.

GROUND TWO

UNVOLUNTARY AND UNINTELLIGENT GUILTY PLEAS: THE PETITIONER WAS 20 YEARS OLD WITH A 9TH GRADE EDUCATION, DRUG ADDICTED, WITH NO ADULT COURT EXPERIENCE. HE FOLLOWED WHAT THE PUBLIC DEFENDER ORDERS EXPECTED TO RECEIVE THE PURPORTED 15 TO 20 SENTENCE. FURTHER, EXPERIENCING A MENTAL ILLNESS FROM THE PSYCHOPATHIC CRIME FILLED URBAN STREETS, AND HIS EXPERIENCE OF THE VIOLENT JAILHOUSE.

GROUND THREE

DURESS AND COERCION: AS STATED ABOVE THE PETITIONER NEVER EXPERINCED ADULT JUDICIAL terminology and was harassed by jail officer EVEN BEATEN BY THEM ALSO FIGHTING STREET ENEMIES. THE ATTORNEY TOLD HIM THAT HE WOULD HELP HIM OR HURT HIM IF HE THOUGHT THE SLIGHTESS THAT HE WAS GUILTY. HE ORDER HIM TO PLEAD OUT AND FOLLOWING THE QUESTIONS OF THE JUDGE. HE DID AND DIDN't RECEIVE THE PURPORTED 15 TO 20 SENTENCE. THE ATTORNEY KNEW THE VICTIM AND TOLD THE PETITIONER THAT THE VICTIM SAVED HIS LIFE AT A ROXBURY

PARK CALLED MALCOM X PARK. HE SHOULD HAVE NEVER TOOK THE CAS KNOWING THE VICTIM.

### GROUND FOUR

INEFFECTIVE ASSISTANCE OF COUNSEL: THE DISCOVERY EXCULPATORY EVIDENCE THE PETITIONER FOUND THAT HE COULD HAVE BEEN TWO DIFFERENT PLACES DURING THE COMMISSION OF THE CRIME. ONE WITNESS SAID HE WAS SEEN OVER THEIR HOUSE. ANOTHER SAID HE WAS AT A HOSPITAL BETH ISREAL HOSPITAL DURING THE CRIME HE COULD HAVE EITHER BEAT THE CASE MATTER OR GOT THE LOWER SENTENCE AS HE WAS SUPPOSED TO GET AS PURPORTED EARLIER__15 TO 20 SENTENCE.

### GROUND FIVE

MISREPRENTATION--UNFULFILLED PROMISE: ACCORDING TO THE CASE LAW UNFULFILLED PROMISES ARE TO BE FULFILLED BY REAQUIRING TYHE ORIGINAL SENTENCE OR BE RETRIED ON THE MERITS OF THE INDICTMENT. BY THE PUBLIC DEFENDER NOT FULFILLING THE ORIGINAL PLEA AGREEMENT OF 15 TO 20 SENTENCE THE PETITIONER SHOULD RECEIVE THE ORIGINAL PLEA AGREEMENT. BECAUSE OF THE VENDETTA OF THE ATTORNEY PAID IN FULL, THE PETITIONER SPENT 15 YEARS OF HIS LIFE BEHIND WALLS ILLEALLY.