UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ABDUR NADHEERU-ISLAM,      )
a/k/a PAUL GUILD            )
                            )
           Petitioner,      )
                            )
v.                          )    Civil Action No. 03-12590-RWZ
                            )
KENNETH NELSON,             )
                            )
           Respondent.      )
```

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of thirty days, up to and including February 27, 2004. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by January 28, 2004. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition.

WHEREFORE, the respondent respectfully requests that this Court grant him until February 27, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

>Respectfully submitted,
>
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>*/s/ Maura D. McLaughlin*
>Maura D. McLaughlin
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 727-2200 ext. 2857
>BBO No. 634923

Dated: January 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Abdur Nadheeru-Islam, on January 23, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Abdur Nadheeru-Islam, Bridgewater State Hospital, 20 Administration Road, Bridgewater, Massachusetts 02324.

>*/s/ Maura D. McLaughlin*
>Maura D. McLaughlin

2