UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABDUR NADHEERU-ISLAM, a/k/a PAUL GUILD,<br><br>Petitioner,<br><br>v.<br><br>KENNETH NELSON,<br><br>Respondent. | Civil Action No. 03-12590-RWZ |

## RESPONDENT'S MOTION TO DISMISS PETITION
## FOR WRIT OF HABEAS CORPUS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, Kenneth Nelson, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Abdur Nadheeru-Islam, a/k/a Paul Guild, on the grounds that the petition fails to state a claim upon which relief may be granted. In support of his motion, and as is set forth more fully in the accompanying memorandum of law, the petition may not be granted because the federal petition contains unexhausted claims, i.e., claims which were not presented to the state's highest court before being brought to the federal court. Specifically, two of the petitioner's claims (i.e., his claims for breach of contract and misrepresentation[1]) were never presented to the state court as federal constitutional claims. Because the petitioner has not yet

---

[1] In his petition for a writ of habeas corpus, the petitioner also lists the grounds of "duress and coercion" as a basis for his claim. In the event that the grounds of "duress and coercion" are separate and distinct from the grounds of involuntary and unintelligent waiver of a guilty plea articulated in the petition, the claim of duress/coercion is unexhausted. The respondent respectfully requests that this Court require the petitioner to clarify the constitutional basis for the claim of duress/coercion before allowing him to proceed on this claim.

provided the state's highest court with the first opportunity to pass on the merits of these claims, the petition should be dismissed. 28 U.S.C. § 2254(b)-(c); *Rose v. Lundy*, 455 U.S. 509, 510 (1982).[2]

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s/ Maura D. McLaughlin
> Maura D. McLaughlin
> Assistant Attorney General
> Criminal Bureau
> One Ashburton Place
> Boston, Massachusetts 02108
> (617) 727-2200 ext. 2857
> BBO No. 634923

Dated: February 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Abdur Nadheeru-Islam, on February 27, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Abdur Nadheeru-Islam, Bridgewater State Hospital, 20 Administration Road, Bridgewater, Massachusetts 02324.

> /s/ Maura D. McLaughlin
> Maura D. McLaughlin

---

[2] Respondent's remaining defenses are not addressed here because the doctrine of exhaustion mandates dismissal of the petition. In the event that this Court declines to dismiss the petition due to failure to exhaust, the respondent reserves the right, and requests the opportunity, to file an answer and assert all other applicable defenses.

2