UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No.03-12590-RWZ

Abdur Nadheeru-Islam,
        Petitioner,

vs.

Kenneth W. Nelson,
        Respondent.

MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes the Petitioner, Abdur Nadheeru-Islam, in the above-entitled matter, Respectfully moves this Honorable Court for the Appointment of Counsel to file an amended petition for a Federal Habeas Corpus in the United State District Court for the District of Massachusetts. The Petitioner asserts now that he is totally indigent and without funds necessary to prosecute this Petition for Habeas Corpus. As reasons thereof, The petitioner files this Motion, with attached financial statement, for the appointment of counsel under the Sixth Amendment to the United State Constitution.

Date: 4-8-04

Respectfully Submitted,

Mr. Abdure Nadheeru-Islam, pro-se
Bridgewater state Hospital
20 Administration road
Bridgewater, Mass 02324.