UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDUR NADHEERU-ISLAM
        Petitioner

V.

KENNETH NELSON
        Respondent

CIVIL ACTION

NO. 03CV12590-RWZ

ORDER OF DISMISSAL

ZOBEL, D. J.

    In accordance with the Court's Memorandum and Order dated 10/13/04 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

        By the Court,

        s/ Lisa A. Urso
Date: 10/14/04        Deputy Clerk

(2254dism.ord - 09/92)    [odism.]