1-15-06

بسم الله الرحمن الرحيم

Abdur Nadheeru-Islam/ W-46510
N.C.C.I- Gardner, State Prison
P.O. Box 466
500 Colony Rd.
Gardner, MA. 01440

Ms. Susan Jenness
Pro se Intake clerk, suite 2300
Federal District Court
U.S. Courthouse
One Courthouse Way
Boston, MA. 02210

Re: Commonwealth v. Abdur Nadheeru Islam, AKA Paul Guild
    Case No. 03-12990-RWZ.

Dear Ms. Jenness,
        I am writing this letter in order to seek information from you.
        My question is, what is my next step if I did not federalize my further Appellate Review (FAR) from the Commonwealths, Supreme Judicial Court?
        The federal District Court decided an opinion on my case (case No. above) and it was clear to me I was to return to the SJC and refile my FAR, however, the clerk of the SJC returned to me My FAR. Now I don't know what I should do next. The clerk of the SJC said they do not review federal cases but, that was not my objective, my objective was to follow the opinion of the Federal Court and federalize my petition.

- Over-

— 2 —

Therefore, please inform me relative to my next move.

Thank you and please contact me in your earliest.

Aggrieved.

*Abdur Nadheeru Islam*

ABDUR NADHEERU- ISLAM.

Tele.